PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antreal Henderson          Docket No. 5:20-CR-334-2H

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel J. Heimrich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Antreal Henderson, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of August, 2020.

On September 1, 2020, a motion to modify the defendant's conditions of release was filed. On September 4, 2020, a hearing was held with the Honorable Robert T. Numbers, II, in Raleigh, North Carolina. The defendant's conditions of release were modified to allow the defendant to be absent from his third party custodian for the purposes of traveling to and from his place of employment, work related travel, meetings with attorneys and retrieving property being held by law enforcement. The defendant was ordered to continue complying with home incarceration and he was moved from Radio Frequency monitoring to Global Positioning Satellite monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**: On November 12, 2020, the defendant submitted a urine sample that tested positive for marijuana. When confronted with the results of the test, the defendant admitted to using marijuana a few days prior. In an effort to effectively monitor the defendant's substance abuse, it is recommended that the defendant's pretrial conditions be modified to include our standard substance abuse treatment condition. The defendant has signed a waiver agreeing to the proposed modification. Furthermore, the defendant's attorney and the Assistant United States Attorney were contacted and they have no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith           /s/ Daniel J. Heimrich
Eddie J. Smith            Daniel J. Heimrich
Supervising U.S. Probation Officer     U.S. Probation Officer
                 150 Rowan Street Suite 110
                 Fayetteville, NC 28301
                 Phone: 910-354-2531
                 Executed On: November 17, 2020

**Antreal Henderson**
**Docket No. 5:20-CR-334-2H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on November 18, 2020. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge

**Antreal Henderson**
**Docket No. 5:20-CR-334-2H**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**
**DO NOT FILE**



**Antreal Henderson**
**Docket No. 5:20-CR-334-2H**