UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antreal Henderson**                                      **Docket No. 5:20-CR-334-2FL**

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Lunsmann, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antreal Henderson, who, upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344(1), 1349, and 1344(2), and Bank Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1344(1), 1344(2), and 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 27, 2021, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On February 14, 2022, the case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge. On July 22, 2022, the court modified the term of custody to 24 months.

Antreal Henderson was released from custody on August 9, 2022, at which time the term of supervised release commenced in the Middle District of North Carolina.

On October 3, 2025, Henderson filed a Pro Se Motion for Early Termination of Supervised Release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 4, 2026, Supervisory U.S. Probation Officer (SUSPO) Graves contacted the undersigned SUSPO advising that the defendant reported that he purchased a $30,000 truck, financed for $880 per month. It was later revealed that he also put $12,500 down toward this purchase. At the time, the defendant reported that he was unemployed, and payments toward his outstanding financial obligation were sporadic. SUSPO Graves reminded the defendant that he is not to incur new credit charges or open additional lines of credit without approval of the probation office and directed him to make a payment toward the outstanding case balance, which he did.

On February 13, 2026, the defendant purchased a trailer for $9,500, again without seeking permission from the probation office. The defendant was directed by his officer in the Middle District of North Carolina and by the undersigned SUSPO to complete a cash flow statement. Despite several conversations with the defendant, he did not fully complete the document. However, he reports that he has approximately $1,320 in monthly bills, and approximately $6,000 to $9,000 in monthly income from new work and family support.

Based on this review of the defendant's financial information, the probation office has determined that he is able to make payments greater than the originally ordered amount of $50 per month, and an increased monthly payment of $100 is appropriate. His outstanding balance is now $33,569.54. Furthermore, due to the violation conduct and the outstanding financial obligation, it is recommended that the pending motion for early termination filed in October 2025, be denied.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8672
Executed On: February 27, 2026

## ORDER OF THE COURT

Considered and ordered this ___4th___ day of _____March_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge