IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 5:20-CR-334-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANTREAL HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 683). Upon review of the motion, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination. Of particular concern, defendant is not in compliance with the conditions of supervision as reflected in the petition for action on supervised release entered March 4, 2026 (DE 703). Furthermore, early termination is not warranted at this time given the nature and circumstances of defendant's underlying convictions and his criminal history. Defendant also has not shown that supervision is hindering his commendable efforts at rehabilitation. Accordingly, defendant's motion (DE 683) is DENIED.

SO ORDERED, this the 30th day of July, 2026.

Louise W. Flanagan

LOUISE W. FLANAGAN
United States District Judge