**UNITED STATES PROBATION OFFICE**
EASTERN DISTRICT OF NORTH CAROLINA

**Jay F. Neely**
**Chief U.S. Probation Officer**

200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
(910) 346-5105
Fax: (919) 334-5322

**DATE:** July 30, 2026

**FROM:** Melissa K. Lunsmann
Supervising U.S. Probation Officer

**SUBJECT:** Antreal Henderson
Docket #: 5:20-CR-334-2FL
**REQUEST FOR A HEARING**

**TO:** Honorable Louise W. Flanagan
United States District Judge

On May 27, 2021, Antreal Henderson appeared before the Honorable Terrence W. Boyle, United States District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344(1), 1349, and 1344(2), and Bank Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1344(1), 1344(2), and 2, was sentenced to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years. On February 14, 2022, the case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge. On July 22, 2022, the court modified the term of custody to 24 months.

On March 4, 2026, the court approved a Petition for Action modifying Mr. Henderson's monthly restitution payments from $50 to $100, after his assertion that his monthly income is at least $6,000. At that time his previously filed motion for early termination of supervision was denied. Since March 4, 2026, additional violation conduct has been reported by the Middle District of North Carolina (MDNC).

1. The defendant failed to make his monthly payments in March, June, and July 2026.
2. The defendant traveled outside the MDNC without prior approval on June 26, 2026, as evidenced by his involvement as a passenger in a traffic accident on that date in Fayetteville, which is in the Eastern District of North Carolina.
3. The defendant failed to notify the probation officer of contact with law enforcement within 72 hours, following the vehicle accident referenced above.
4. The defendant failed to report as directed for scheduled office appointments on March 16, and March 20, 2026.
5. The defendant remains unemployed, reporting sporadic employment but failing to provide verification.

On July 23, 2026, Senior United States Probation Officer (SrUSPO) for MDNC, Julie Meyers, met with the defendant at her office. When confronted with the above-noted violation conduct, Mr. Henderson insisted on returning to court. This officer also contacted Mr. Henderson to discuss these issues, and he again reported that he wants to appear before the court and insisted he be given a new probation officer. It should be noted that during the office visit on July 23, 2026, SrUSPO Meyers directed Mr. Henderson to leave the office due to his behavior and contacted local law enforcement as a safety measure.

Based on the noncompliance stated above, the probation office is requesting that a hearing be scheduled to reinforce the conditions of supervision and reiterate the importance of compliance to the defendant. This will also satisfy his request to come before the court.

---

✓ Schedule a hearing on this matter

___ Take other action

Louise W. Flanagan
U.S. District Judge